UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
EASTERN DISTRICT OF TEXAS

In the Matter of:                                                                  6:15mc2

   Sean Daniel Alfortish  (LA Bar #22227)

ORDER

   In accordance with Local Rule AT-2(b)(2) and, in conjunction with an order of the United States Court of Appeals for the Fifth Circuit entered on July 14, 2014, removing Sean Daniel Alfortish from the roll of attorneys admitted to practice in the United States Court of Appeals for the Fifth Circuit, for reasons set forth therein, Sean Daniel Alfortish, hereby is removed from the roll of attorneys admitted to practice in this Court.

   Signed this 15th Day of January, 2015.

FOR THE COURT

                                                                DAVID J. MALAND, CLERK

                                                                By _____
                                                                   Terri Hoskins, Deputy

UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
EASTERN DISTRICT OF TEXAS

DAVID J. MALAND                                                      211 W. Ferguson St.
   Clerk                                                             Tyler, Texas 75702

January 15, 2015

CERTIFIED MAIL
RETURN RECEIPT REQUESTED

Sean Daniel Alfortish
525 Clay Street
Kenner, LA 70062

Re: Order

Dear Mr. Alfortish,

    Enclosed is a copy of a Reciprocal Attorney Disciplinary Order entered this date removing you from the roll of attorneys admitted to practice in this Court, in accordance with Local Rule AT-2(b).

Very truly yours,

DAVID J. MALAND, CLERK

By _____
Terri Hoskins, Deputy Clerk

encls.
cc:   Clerk, Fifth Circuit Court of Appeals
      American Bar Association Data Bank
      State Bar of Texas
      Betty Parker

# United States Court of Appeals
## FIFTH CIRCUIT
### OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7799
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

6:15mc 2

August 29, 2014

Recipients Listed Below

Dear Madam/Sir:

Enclosed is a copy of a self-explanatory certified order entered by this Court against attorney:

    Sean Daniel Alfortish [LA Bar #22227]
    525 Clay Street
    Kenner, LA 70062

Mr. Alfortish did not respond to the order which became final on August 18, 2014.

    Very truly yours,

    LYLE W. CAYCE, Clerk

    By: /s/ Shelley E. Saltzman
    Shelley E. Saltzman
    Deputy Clerk

Enclosure

Hon. Bernette J. Johnson (c/o Clerk of Court, SCLA)
Hon. Sarah S. Vance
All District Court Clerks of the Fifth Circuit
Ms. Sheila K. Booth
Ms. Tawana C. Marshall
Ms. Monica Menier
Mr. Danny Miller
Mr. David J. Puddister
Mr. Charles B. Plattsmier
Mr. John Ley

IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

**U.S. COURT OF APPEALS**
**FILED**
**JUL 1 4 2014**
**FIFTH CIRCUIT**
**LYLE W. CAYCE, CLERK**

ORDER

On May 7, 2014 the Supreme Court of Louisiana issued an order of permanent disbarment entitled "In Re: Sean Daniel Alfortish". At the direction of the Chief Judge, IT IS ORDERED that Sean Daniel Alfortish's name shall be removed from the roll of attorneys admitted to practice in this court effective 35 days from the date of this order unless the court receives prior to that date a response from Mr. Alfortish showing cause why his right to practice before this court should not be terminated.

See FRAP 46(b).

LYLE W. CAYCE
Clerk,
United States Court of Appeals for the Fifth Circuit

By _____
Shelley E. Saltzman, Deputy Clerk

A true copy
Test:
Clerk, U S. Court of Appeals, Fifth Circuit
By: _____
Deputy
New Orleans, Louisiana
JUL 1 4 2014

FOR THE COURT - BY DIRECTION
Address:
Clerk of Court, U.S. Court of Appeals for the Fifth Circuit
F. Edward Hebert Building
600 S. Maestri Place
New Orleans, LA 70130